IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ADRIAN DESJUAN BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-761-C |
| | ) | |
| RAYMOND BYRD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on August 4, 2016. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 7) of the Magistrate Judge is adopted, the Order of the Magistrate Judge (Dkt. No. 6) granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. No. 4) is vacated, and the request to proceed in forma pauperis is denied. If the filing fee of $400.00 is not paid within twenty (20) days from the date of this Order, the action will be dismissed.

IT IS SO ORDERED this 14th day of September, 2016.

ROBIN J. CAUTHRON
United States District Judge